AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Sukana, et al. *Plaintiff(s)* v. The City of New York, et al. *Defendant(s)* | Civil Action No. 21-cv-10899-LJL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Remy Green
Cohen & Green P.L.L.C
1639 Centre St Suite 216
Ridgewood, NY 11385
remy@femmelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

**Summons Rider for Parties Added in First Amended Complaint**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Captain Julio Delgado**
1 Police Plaza
New York, NY 10038

**Inspector Robert Gallitelli**
1086 Simpson St
Bronx, NY 10459

**Bureau Chief Henry Wedin**
Floyd Bennett Field
3159 Flatbush Ave
Brooklyn, NY 11234

**Deputy Chief John D'Adamo**
1278 Sedgwick Ave
Bronx, NY 10452

**Deputy Chief Gerard Dowling**
50 Aviation Road
Brooklyn, NY 11234

**PO Dacia Webb**
120-55 Queens Blvd
Queens NY 11424