

October 17, 2022

Honorable Lewis J. Liman, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

By Electronic Filing

    **Re:**    <u>Alyssa Sukana et al v. City of New York, et. al.,</u> 21-cv-10899 (LJL)

Your Honor:

    I am co-counsel for Plaintiffs in the above-captioned matter. I write jointly with Defendants to ask that the Court adjourn the status conference currently scheduled for October 19, 2022 (Dkt. 21). The parties are engaged in settlement discussions, and believe a settlement conference would be productive at this time. We therefore request a referral to the Magistrate Judge in this matter for the purposes of exploring settlement, and that the status conference be adjourned until after a settlement conference has taken place.[1]

    Thank you for your attention to this matter.

                                               Respectfully submitted,

                                               /s/
                                            _____
                                            Elena L. Cohen

The status conference currently scheduled for October 19, 2022 is rescheduled to December 13, 2022 at 3:00 p.m. The Court will refer the parties to the Magistrate Judge in a separate order.
10-18-22

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

---

[1] Additionally, counsel for Defendants is out of office on October 19, 2022 and cannot be available for a status conference on that date.