```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                     :
ALYSSA SUKANA and ANDREA CANEDO,                                     :
                                                                     :
                              Plaintiffs,                            :      21-cv-10899 (LJL)
                                                                     :
              -v-                                                    :      ORDER OF REFERENCE
                                                                     :
THE CITY OF NEW YORK; NEW YORK CITY                                  :
MAYOR BILL DE BLASIO; NEW YORK POLICE                                :
DEPARTMENT ("NYPD") COMMISSIONER DERMOT                              :
SHEA; NYPD CHIEF OF DEPARTMENT TERENCE                               :
MONAHAN; NYPD ASSISTANT CHIEF KENNETH                                :
LEHR; NYPD LEGAL BUREAU SERGEANT                                     :
KENNETH RICE; NYPD INSPECTOR ROBERT                                  :
GALLITELLI; NYPD BUREAU CHIEF HARRY                                  :
WEDIN; NYPD DEPUTY CHIEF JOHN D'ADAMO;                               :
NYPD DEPUTY CHIEF GERARD DOWLING; NYPD                               :
CAPTAIN JULIO DELGADO; NYPD OFFICER DACIA                            :
WEBB; and NYPD MEMBERS JOHN AND JANE DOES                            :
# 1-92,                                                              :
                                                                     :
                              Defendants.                            :
                                                                     :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022

LEWIS J. LIMAN, United States District Judge:

    Upon the consent of the parties, this action is referred to the assigned Magistrate Judge for the following purpose:

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute: _____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

X   Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

The parties are directed to contact the chambers of Magistrate Judge Barbara C. Moses.

SO ORDERED.

Dated: October 18, 2022
      New York, New York

                                                 LEWIS J. LIMAN
                                        United States District Judge