

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/15/22__

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL VIVIANO**
*Assistant Corporation Counsel*
mviviano@law.nyc.gov
Phone:  (212) 356-2368

November 14, 2022

**By ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

# MEMO ENDORSED

     Re:    <u>Sukana, et. al. v. City of New York, et. al.</u>
              21 Civ. 10899 (LJL) (BCM)

Your Honor:

     I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am assigned to represent the Defendants in the above-referenced matter. The parties write jointly to respectfully request a two day extension of time to submit their pre-settlement conference letters, from November 14, 2022 to November 16, 2022. This is the parties' first request for an extension of this deadline.

     Thank you for your consideration herein.

                                 Respectfully submitted,

                                 *Michael Viviano*/s/

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
November 15, 2022

                                 Assistant Corporation Counsel
                                 Special Federal Litigation Division