

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Michael Viviano**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2368<br>mviviano@law.nyc.gov |

November 16, 2022

**VIA ECF**
Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Sukana, et al. v. City of New York., et al.</u>, 21-CV-10899 (LJL) (BM)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. Defendants write jointly on behalf of the parties respectfully, to request an adjournment of the November 21, 2022 settlement conference until December 7, 2022 or a date and time thereafter convenient to the Court. The parties are requesting this adjournment to exchange and review recent Plaintiff medical records prior to proceeding with the conference. This adjournment would permit my office to evaluate and be prepared to respond to the most recent demand, and evaluate new diagnoses alleged, in order to allow the parties to have meaningful settlement discussions.

      Thank you for your consideration herein.

                                             Respectfully submitted,

                                             <u>*Michael Viviano* /s/</u>

                                             Michael Viviano
                                             Assistant Corporation Counsel

cc:     Via ECF
        Elena Cohen, Esq.
        Cohen Green PLLC