

**HON. SYLVIA O. HINDS RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Michael Viviano
*Assistant Corporation Counsel*
Phone: (212)356-2368
mviviano@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/22

November 16, 2022

**VIA ECF**
Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Sukana, et al. v. City of New York., et al.</u>, 21-CV-10899 (LJL) (BM)

Your Honor:

I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. Defendants write jointly on behalf of the parties respectfully, to request an adjournment of the November 21, 2022 settlement conference until December 7, 2022 or a date and time thereafter convenient to the Court. The parties are requesting this adjournment to exchange and review recent Plaintiff medical records prior to proceeding with the conference. This adjournment would permit my office to evaluate and be prepared to respond to the most recent demand, and evaluate new diagnoses alleged, in order to allow the parties to have meaningful settlement discussions.

Thank you for your consideration herein.

Respectfully submitted,

*Michael Viviano* /s/

Michael Viviano
Assistant Corporation Counsel

---

Application GRANTED. The settlement conference scheduled for November 21, 2022 is ADJOURNED to **December 8, 2022 at 2:15 p.m.** The parties shall submit their confidential settlement letters, in accordance with the Settlement Conference Scheduling Order (Dkt. 30), no later than **December 1, 2022**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
November 17, 2022

- 2 -

cc:     Via ECF
        Elena Cohen, Esq.
        Cohen Green PLLC

- 2 -