

**HON. SYLVIA O. HINDS RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Michael Viviano**
*Assistant Corporation Counsel*
Phone: (212) 356-2368
mviviano@law.nyc.gov

December 1, 2022

**VIA ECF**
Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Sukana, et al. v. City of New York., et al.</u>, 21-CV-10899 (LJL) (BM)

Your Honor:

   I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. Defendants write respectfully, to request an adjournment of the December 8, 2022 settlement conference to a date and time thereafter convenient to the Court. Defendants are requesting this adjournment as the undersigned has two previously scheduled Federal engagements scheduled for that day, in front of District Judge Gardephe and Magistrate Judge Bulsara. The matter pending in front of Honorable Bulsara directly conflicts with the *Sukana* conference. Plaintiffs consent to this adjournment request.

   Thank you for your consideration herein.

              Respectfully submitted,

              *Michael Viviano* /s/

              Michael Viviano
              Assistant Corporation Counsel

cc: Via ECF
   Elena Cohen, Esq.
   Cohen Green PLLC