UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SUKANA AND CANEDO,

                                    Plaintiff,

                    -against-

CITY OF NEW YORK, et al.

                                    Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21 Civ. 10899 (LJL) (BCM)

      **PLEASE TAKE NOTICE** that **Omar J. Siddiqi, Esq.**, Senior Counsel, hereby appears

as counsel of record on behalf of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of

New York, attorney for defendant City of New York, Dowling, D'Adamo, Wedin, Webb, Gallielli,

Rice, Delgado, Lehr, Monahan, Shea, and DeBlasio.

      **PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should

be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:  New York, New York
        January 4, 2022

**HON. SYLVIA O. HINDS-RADIX**
CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-2345

By: _____/s/_____
      Omar J. Siddiqi
      *Senior Counsel*
      Special Federal Litigation Division

cc:    All counsel of record (by ECF)