

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **OMAR J. SIDDIQI**<br>*Senior Counsel*<br>Phone: (212) 356-2345<br>osiddiqi@law.nyc.gov |

January 25, 2023

**VIA ECF**
Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Sukana, et al. v. City of New York., et al.</u>, 21-CV-10899 (LJL) (BM)

Your Honor:

   I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. Defendants write jointly with plaintiffs to respectfully request that, if the Court has availability for this date, that the Court schedule a settlement conference in this matter for February 27, 2023. As an additional matter, defendants respectfully request that the individual defendants in this matter be excused from attending the conference as is required by the Court's Individual Rules. The undersigned will have direct contact with a representative of the Comptroller's Office who has decision making authority with regard to settlement posture.

   Thank you for your consideration herein.

               Respectfully submitted,

               *Omar J. Siddiqi /s/*

               Omar J. Siddiqi
               Senior Counsel

cc: Via ECF
   Elena Cohen, Esq.

- 2 -

Cohen Green PLLC