

February 20, 2023

Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

By Electronic Filing

      **Re:**    *Alyssa Sukana et al v. City of New York, et. al.,* 21-cv-10899 (LJL) (BM)

Your Honor:

      I am co-counsel for Plaintiffs in the above-captioned matter. I write jointly with Defendants to ask that the Court adjourn the status conference currently scheduled for February 27, 2023 (Dkt. 40). The parties have engaged in very productive settlement discussions, and believe that we will be able to resolve this case without the assistance of the court. We therefore request an adjournment of the settlement conference so that the City may discuss the potential settlement with its principals and so that the Plaintiffs can ascertain the amount of a Medicaid lien on the case.

      Thank you for your attention to this matter.

      Respectfully submitted,

      /s/
      _____
      Elena L. Cohen