

March 9, 2023

Honorable Lewis J. Liman, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

By Electronic Filing

      Re:    <u>*Alyssa Sukana et al v. City of New York, et. al.*,</u> 21-cv-10899 (LJL) (BM)

Your Honor:

      I am co-counsel for Plaintiffs in the above-captioned matter. I write jointly with Defendants to ask that the Court adjourn the status conference currently scheduled for March 10, 2023. The parties have reached a settlement in principle, and awaiting confirmation that there is no Medicaid lien on the case before signing settlement paperwork. We expect to receive such confirmation shortly, and to then promptly sign settlement paperwork. If there is a Medicaid lien such that the parties will need to discuss further, a settlement conference is scheduled with Judge Moses for March 20, 2023 (Dkt. 42). We therefore request that the status conference be adjourned to a date in April, 2023.

      Thank you for your attention to this matter.

                                                                   Respectfully submitted,

                                                                  /s/
                                                          _____

                                                          Elena L. Cohen

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com