

March 9, 2023

Honorable Barbara Moses, United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

By Electronic Filing

    **Re:**    *Alyssa Sukana et al v. City of New York, et. al.*, 21-cv-10899 (LJL)

Your Honors:

    I am co-counsel for Plaintiffs in the above-captioned matter. I write jointly with Defendants per the Court's order at Docket 42, to inform the Court by March 13, 2023 as to whether judicial assistance is required in the settlement of this matter. Defendants have received authority from their principal and the issue of a lien has been resolved. As such, the parties are proceeding to draft and then execute settlement agreements in this matter, and do not foresee requiring judicial assistance.

    Thank you for your attention to this matter.

    Respectfully submitted,

    /s/
    _____
    Elena L. Cohen