UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

ALYSSA SUKANA and ANDREA CANEDO,

                                                Plaintiffs,

                        -against-

THE CITY OF NEW YORK; NEW YORK CITY MAYOR
BILL DE BLASIO; NEW YORK POLICE DEPARTMENT
("NYPD") COMMISSIONER DERMOT SHEA; NYPD
CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD
ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL
BUREAU SERGEANT KENNETH RICE NYPD
INSPECTOR ROBERT GALLITELLI; NYPD BUREAU
CHIEF HARRY WEDIN; NYPD DEPUTY CHIEF JOHN
D'ADAMO; NYPD DEPUTY CHIEF GERARD DOWLING;
NYPD CAPTAIN JULIO DELGADO; NYPD OFFICER
DACIA WEBB; AND NYPD MEMBERS JOHN AND JANE
DOES #1-92,

                                                Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

21CV10899 (LJL) (BCM)

------------------------------------------------------------------------- x

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      May 5_____, 2023

| | |
|---|---|
| COHEN&GREEN P.L.L.C.<br>*Attorneys for Plaintiffs*<br>1639 Centre Street, Suite 216<br>Ridgewood, NY 11385<br>929-888-9457 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York; Mayor Bill De Blasio; New York Police Department ("NYPD") Commissioner Dermot Shea; NYPD Chief of Department Terence Monahan; Assistant Chief Kenneth Lehr; Legal Bureau Sergeant Kenneth Rice; Inspector Robert Gallitelli; Bureau Chief Harry Wedin; Deputy Chief John D'Adamo; Deputy Chief Gerard Dowling; Captain Julio Delgado; and Officer Dacia Webb*<br><br>100 Church Street, 4th Floor<br>New York, New York 10007 |

By: ___/s/ Elena Cohen___
    Elena Cohen

By: ___/s/___
    Omar J. Siddiqi
    *Senior Counsel*

GIDEON ORION OLIVER
*Attorney for Plaintiffs*
277 Broadway, Suite 1501
New York, NY 10007
646-263-3495

By: ___/s/ Gideon Orion Oliver___
    Gideon Orion Oliver

SO ORDERED:

_____
HON. HON LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023