UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

ALYSSA SUKANA and ANDREA CANEDO,

                              Plaintiffs,

                -against-

THE CITY OF NEW YORK; NEW YORK CITY MAYOR
BILL DE BLASIO; NEW YORK POLICE DEPARTMENT
("NYPD") COMMISSIONER DERMOT SHEA; NYPD
CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD
ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL
BUREAU SERGEANT KENNETH RICE NYPD
INSPECTOR ROBERT GALLITELLI; NYPD BUREAU
CHIEF HARRY WEDIN; NYPD DEPUTY CHIEF JOHN
D'ADAMO; NYPD DEPUTY CHIEF GERARD DOWLING;
NYPD CAPTAIN JULIO DELGADO; NYPD OFFICER
DACIA WEBB; AND NYPD MEMBERS JOHN AND JANE
DOES #1-92,

                                        Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

21CV10899 (LJL) (BCM)

------------------------------------------------------------------------- x

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      May 5    , 2023

| | |
|---|---|
| COHEN&GREEN P.L.L.C.<br>*Attorneys for Plaintiffs*<br>1639 Centre Street, Suite 216<br>Ridgewood, NY 11385<br>929-888-9457 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City of New York; Mayor Bill De Blasio; New York Police Department ("NYPD") Commissioner Dermot Shea; NYPD Chief of Department Terence Monahan; Assistant Chief Kenneth Lehr; Legal Bureau Sergeant Kenneth Rice; Inspector Robert Gallitelli; Bureau Chief Harry Wedin; Deputy Chief John D'Adamo; Deputy Chief Gerard Dowling; Captain Julio Delgado; and Officer Dacia Webb*<br><br>100 Church Street, 4th Floor<br>New York, New York 10007 |
| By: *[signature]*<br>    Elena Cohen | By: *[signature]*<br>Omar J. Siddiqi<br>*Senior Counsel* |
| GIDEON ORION OLIVER<br>*Attorney for Plaintiffs*<br>277 Broadway, Suite 1501<br>New York, NY 10007<br>646-263-3495 | SO ORDERED:<br><br>*[signature]*<br>HON. HON LEWIS J. LIMAN<br>UNITED STATES DISTRICT JUDGE |
| By: *[signature]*<br>    Gideon Orion Oliver | Dated:   May 10  , 2023 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Alyssa Sukana, et al.,

                                         Plaintiffs,

        -against-

The City of New York, et al.,

                                         Defendants.

**STIPULATION OF SETTLEMENT**

21CV10899(UA) (LJL) (BCM)

------------------------------------------------------------------------x

        **WHEREAS,** plaintiffs commenced this action by filing a complaint on or about October 4, 2022, alleging that the defendants violated plaintiffs' federal civil and state common law rights; and

        **WHEREAS,** defendants City of New York; Mayor Bill De Blasio; New York Police Department ("NYPD") Commissioner Dermot Shea; NYPD Chief of Department Terence Monahan; Assistant Chief Kenneth Lehr; Legal Bureau Sergeant Kenneth Rice; Inspector Robert Gallitelli; Bureau Chief Harry Wedin; Deputy Chief John D'Adamo; Deputy Chief Gerard Dowling; Captain Julio Delgado; and Officer Dacia Webb have denied any and all liability arising out of plaintiffs' allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiffs have authorized their counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff Andrea Canedo the sum of Twenty-One Thousand Five Hundred ($21,500.00) Dollars; plaintiff Alyssa Sukana the sum of Twenty-One Thousand Five Hundred ($21,500.00) Dollars; and attorney COHEN&GREEN P.L.L.C. as counsel for plaintiffs the sum of Fifty-Seven Thousand ($57,000.00) Dollars; in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of these sums, plaintiffs agree to dismissal of all the claims against the defendants and to release defendants City of New York; Mayor Bill De Blasio; New York Police Department ("NYPD") Commissioner Dermot Shea; NYPD Chief of Department Terence Monahan; Assistant Chief Kenneth Lehr; Legal Bureau Sergeant Kenneth Rice; Inspector Robert Gallitelli; Bureau Chief Harry Wedin; Deputy Chief John D'Adamo; Deputy Chief Gerard Dowling; Captain Julio Delgado; and Officer Dacia Webb; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiffs' civil rights and any and all related state law claims, from the beginning of the world to the date of the General Releases, including claims for costs, expenses, and attorneys' fees.

3. Plaintiffs each shall execute and serve on the City of New York's attorney by legal tender (either by personal service certified mail at 100 Church Street, New York, New York 10007 or by e-mail to Omar Siddiqi, Esq.) all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph "2"

above, IRS Form W-9, and an Affidavit of Status of Liens. Prior to tendering the requisite documents to effect this settlement, Medicare-recipient plaintiffs must obtain and submit a final demand letter from their Medicare provider(s) for the reimbursement of any conditional payments made for the injuries claimed in this matter. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiffs agree to hold harmless defendants regarding any past and/or future Medicare claims, presently known or unknown, in connection with this matter. If Medicare claims are not satisfied, defendants reserve the right to issue a multiparty settlement check naming the Medicare provider as a payee or to issue a check directly to the Medicare provider for the amount claimed in the Medicare provider's final demand letter.

7. This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the

subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
      ___May 5_____, 2023

| | |
|---|---|
| COHEN&GREEN P.L.L.C.<br>*Attorneys for Plaintiffs*<br>1639 Centre Street, Suite 216<br>Ridgewood, NY 11385<br>929-888-9457 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City of New York; Mayor Bill De Blasio; New York Police Department ("NYPD") Commissioner Dermot Shea; NYPD Chief of Department Terence Monahan; Assistant Chief Kenneth Lehr; Legal Bureau Sergeant Kenneth Rice; Inspector Robert Gallitelli; Bureau Chief Harry Wedin; Deputy Chief John D'Adamo; Deputy Chief Gerard Dowling; Captain Julio Delgado; and Officer Dacia Webb*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |

By: _____
    Elena Cohen

By: _____
    Omar J. Siddiqi
    *Senior Counsel*

GIDEON ORION OLIVER
*Attorney for Plaintiffs*
277 Broadway, Suite 1501
New York, NY 10007
646-263-3495

By: _____
    Gideon Orion Oliver

4